

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

## REGISTRY DEPOSIT INFORMATION
## FORM

Instructions:   Complete this form and e-file it as an exhibit to your motion for leave to
deposit money in the court.

1.   **Case Number:**

2.   **Case Title:**

3.   **Judge:**

4.   **Moving Party:**

5.   **Amount of Deposit:**

6.   **Are the funds being deposited as interpleader funds pursuant to        Yes        No
28 U.S.C. § 1335?**
*(Funds deposited as interpleader funds pursuant to 28 U.S.C. §
1335 are subject to mandatory management fees and mandatory tax
withholdings. Failure to properly identify interpleader funds prior
to depositing them with the Clerk's Office will result in delayed
disbursement.)*

I declare under penalty of perjury that the above information is true and correct. Under 28 U.S.C.
§ 1335, this statement under perjury has the same force and effect as a sworn statement made
under oath.

_____                _____
Attorney or Litigant                                                             Date

Rev. 0330017